```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SONYA HAYTHE, DOUGLAS SMITH, and :
PETER COFFIN, individually and on behalf of all :
others similarly situated, :
 :
                              Plaintiffs, :     22-CV-3509 (VEC)
          -against- :
 :     ORDER
SAMSUNG ELECTRONICS AMERICA, INC., :
 :
                              Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 15, 2022, the parties contacted chambers requesting a teleconference to resolve a discovery dispute.

      IT IS HEREBY ORDERED that a teleconference will be held on **Thursday, June 16, 2022 at 10:30 a.m. EST.**  At the scheduled time, counsel for all parties should call 888-363-4749, Access code 3121171#, Security code **3509**.

**SO ORDERED.**

Date:  June 15, 2022
         New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**