```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SONYA HAYTHE, DOUGLAS SMITH, and　　　　:
PETER COFFIN, individually and on behalf of all　:
others similarly situated,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Plaintiffs,　　　　　:　　22-CV-3509 (VEC)
　　　　　　　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
SAMSUNG ELECTRONICS AMERICA, INC.,　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendant.　　　　:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on June 16, 2022, the parties appeared by teleconference regarding a discovery dispute.

　　IT IS HEREBY ORDERED that Defendant must provide Plaintiffs with written instructions to obtain their serial number and unique device identification number, which Plaintiffs must provide to Defendant by no later than **June 22, 2022.**

　　IT IS FURTHER ORDERED that Defendant's deadline to move, answer, or otherwise respond to Plaintiffs' complaint is extended to **July 6, 2022.**

**SO ORDERED.**

Date: June 16, 2022　　　　　　　　　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**