```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONYA HAYTHE, et al.,

                    Plaintiff,

-against-

SAMSUNG ELECTRONICS AMERICA, INC.,

                    Defendant.

1:22-cv-03509 (VEC)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of __Elisabeth S. Theodore__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Maryland and the District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: Elisabeth S. Theodore
Firm Name: Arnold & Porter Kaye Scholer LLP
Address: 601 Massachusetts Ave., NW
City / State / Zip: Washington, DC 20001-3743
Telephone / Fax: 202.942.5891 / 202.942.5999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Samsung Electronics America, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 6/16/2022

_[signature: Valerie Caproni]_
United States District / Magistrate Judge