USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SONYA HAYTHE, DOUGLAS SMITH, and :
PETER COFFIN, individually and on behalf of all :
others similarly situated, :
  :
  :
        Plaintiffs, :    22-CV-3509 (VEC)
   -against- :
  :    ORDER
SAMSUNG ELECTRONICS AMERICA, INC., :
  :
        Defendant. :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on July 13, 2022, Defendant moved to compel arbitration, Dkt. 20; and

  WHEREAS on August 3, 2022, Plaintiffs filed a first amended complaint, Dkt. 27.

  IT IS HEREBY ORDERED that, pursuant to the Undersigned's Individual Rules, not later than **August 5, 2022,** Plaintiffs must re-file their First Amended Complaint and include as an exhibit a redlined version reflecting the changes made to the original complaint.

  IT IS FURTHER ORDERED that Defendant's deadline to answer, move, or otherwise respond to the First Amended Complaint is **September 2, 2022**.

  IT IS FURTHER ORDERED that Defendant's motion to compel arbitration is DISMISSED without prejudice.  The Clerk of Court is respectfully directed to terminate the open motion at docket entry 20.


**SO ORDERED.**

Date:  **August 4, 2022**
    **New York, New York**

            **VALERIE CAPRONI**
            **United States District Judge**